UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYATT CORPORATION, AS AGENT OF CHSP TRS MISSION BAY LLC, et al,<br><br>Plaintiffs,<br><br>v.<br><br>M/Y LE REINE, U.S.C.G. Official No. 1082518, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, in rem,<br><br>Defendant. | Case No.: 25-cv-0847-BJC-AHG<br><br>**ORDER DENYING WITHOUT PREJUDICE EX PARTE APPLICATIONS FOR (1) ORDER AUTHORIZING ISSUANCE OF A WARRANT FOR ARREST OF DEFENDANT VESSEL; AND (2) APPOINTMENT OF SUBSTITUTE CUSTODIAN AND FOR MOVEMENT OF DEFENDANT VESSEL (ECF NOS. 2, 3)** |

Pending before the Court are Plaintiffs' *ex parte* applications for (1) order authorizing issuance of a warrant for arrest of defendant vessel; and (2) appointment of substitute custodian and movement of Defendant vessel. ECF Nos. 2 & 3. The merits of the pending ex parte applications depend in large part on the maritime contract, referred to in the Complaint as the "Wharfage Contract," entered into between Plaintiff and Defendant's owner. ECF No. 1 at ¶ 23.

  Plaintiffs have not provided a copy of the Wharfage Contract for the Court's review, therefore the Court cannot determine whether the *ex parte* applications have merit. *See Chula Vista Marina Park v. M/Y Oyeme*, 17-cv-2231-L-WVG, ECF No. 6 (S.D. Cal. 2017)(*ex parte* applications denied because illegible copy of License Agreement attached to requests). Therefore, the *ex parte* applications are denied without prejudice.

  **IT IS SO ORDERED.**

Dated:  May 13, 2025

<br>

_____
Honorable Benjamin J. Cheeks
United States District Judge